William J. Braun, Esq., SBN 157414
Braun & Melucci, LLP
7855 Ivanhoe Avenue, Suite 400
La Jolla, California 92037
Telephone: (858) 456-9725
Facsimile: (858) 456-9726

Attorneys for Use-Plaintiff L.M. SANCHEZ, INC.

**IT IS SO ORDERED**
/s/ Maxine M. Chesney
Judge Maxine M. Chesney

Dated: August 29, 2017

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. SANCHEZ, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL SOLUTIONS GROUP, INC., a California Corporation; NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire Corporation; and DOES 1 - 5,<br><br>Defendants. | Case No. 3:17-CV-01949-EDL<br><br>**L.M. SANCHEZ, INC.'S UNOPPOSED MOTION TO DISMISS COMPLAINT** |

Pursuant to Rule 41(a)(2) of the United States Rules of Civil Procedure, Use-Plaintiff L.M. SANCHEZ, INC. hereby files this unopposed Motion to Dismiss its Complaint in the above-captioned matter with prejudice. Plaintiff's counsel understands that Defendant NORTH AMERICAN SPECIALTY INSURANCE COMPANY does not oppose this Motion to Dismiss this matter with prejudice.

Dated: August 14, 2017        **BRAUN & MELUCCI, LLP**

By:   /s/ William J. Braun
William J. Braun, Esq.
Attorneys for Use-Plaintiff
L.M. SANCHEZ, INC.